UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERESA TENORIO, individually
and on behalf of all others similarly situated                                        PLAINTIFF

v.                                      No. 2:20-CV-02193

COAST TO COAST CARPORTS, INC.
and JORGE ZAVALA                                                                      DEFENDANTS

## OPINION AND ORDER

Before the Court is a joint motion (Doc. 20) for conditional certification of a collective action. The motion asks the Court to conditionally certify a collective action that may include:

> All hourly employees who received an attendance bonus in connection with work performed in at least one week in which they worked over forty hours in that week within the past two years.

(Doc. 20, p. 1). The parties agree this collective action consists of 125 individuals, not including Plaintiff. The Court finds, when the allegations in the complaint are accepted as true, that this collective action comprises similarly situated employees to Plaintiff.

The parties have also proposed notice (Doc. 20-1) and a consent to join form (Doc. 20-2) to be distributed to the potential collective action members. The Court has reviewed these documents and finds them to be in order. The parties have also proposed to send notice to potential class members by U.S. Mail, and the Court will grant the parties' request to provide notice through U.S. Mail.

The parties have also proposed a schedule. Within fourteen days after entry of this order, Defendant shall deliver to Plaintiff's counsel the names and last known mailing addresses of the potential collective action members. Within seven days of receipt, Plaintiff will distribute the notice and consent to potential collective action members. Within sixty days of distribution,

1

consents for opt-in plaintiffs must be filed by the opt-in plaintiffs or returned to Plaintiff's counsel (who will file those consents on behalf of the opt-ins). The Court approves this proposed approach.

IT IS THEREFORE ORDERED that the joint motion (Doc. 20) for conditional certification is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion (Doc. 6) for conditional certification is terminated as moot.

IT IS SO ORDERED this 4th day of March, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE